JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ALBERT BURKLEY,<br><br>    Petitioner,<br><br>    v.<br><br>FRANCISCO JACQUEZ, Warden,<br><br>    Respondent. | Case No. CV 11-5852-VAP (MLG)<br><br>JUDGMENT |

   IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: August 18, 2011

Virginia A. Phillips
United States District Judge